UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SDRF, LLC, a Michigan limited liability company, Plaintiffs,<br><br>vs.<br><br>THOMSON REUTERS HOLDINGS, INC., a Delaware Corporation; THOMSON REUTERS U.S. LLC, a Delaware Limited Liability Company; WEST PUBLISHING CORPORATION, a Minnesota Corporation; and, THOMSON REUTERS (TAX & ACCOUNTING) Inc., a Texas corporation, Defendants. | Civ. A. No. 20-1011 (JMC) |

ORDER

The Relator, SDRF, having filed a Notice of Voluntary Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. The United States' motion, ECF 18, is GRANTED;

2. This action is dismissed without prejudice as to the United States;

3. The seal shall be lifted upon Relator's Complaint, ECF 1, Relator's Notice of Voluntary Dismissal, ECF 16, the United States' Notice of Consent to Dismissal, ECF 17, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

**SO ORDERED.**

This 23rd day of April, 2025.

_____
JIA M. COBB
United States District Judge